IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| HAROLD L. BASS, JR., #1988059 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:17cv223 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge (Dkt. #34), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the Report and Recommendation on Mr. Bass' motion for an order to obtain a copy of his grand jury proceedings, construed as petition for mandamus, (Dkt. #34) is **ADOPTED**. It is further

**ORDERED** that Mr. Bass' motion for an order to obtain a copy of his grand jury proceedings, construed as petition for mandamus, (Dkt. #33) is **DENIED**.

So **ORDERED** and **SIGNED March 11, 2019.**

_____
Ron Clark, Senior District Judge