IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HAROLD L. BASS, JR., #1988059, | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv223 |
| DIRECTOR, TDCJ-CID | § | |

O R D E R

Before the Court is Respondent's motion to substitute counsel (Dkt. #37). The Director desires to substitute Patrick D. Todd for Jessica Michelle Manojlovich as counsel. The motion is reasonable. It is therefore

**ORDERED** that Respondent's motion to substitute counsel (Dkt. #37) is **GRANTED** and Patrick D. Todd is substituted for Jessica Michelle Manojlovich as the Respondent's attorney. It is further

**ORDERED** that the Clerk of Court shall show on the docket sheet that Jessica Michelle Manojlovich is terminated as counsel for the Respondent.

So ORDERED and SIGNED this 26th day of August, 2019.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE