United States District Court
Eastern District of Texas
Tyler Division

Harold L. Bass, Jr #1988059

V.    Civil Action No. 6:17cv223

Director, TDCJ-CID

## Motion For Time extension

Petioner Harold Bass, Filed his petition for writ of habeas corpus under 28 U.S.C. §2254 Complaing of the legality of his conviction. Petioner recieved denial, and case dismissed with prejudice, As well as recomendation that a C.O.A. be denied.

Petioner Harold Bass, is requesting a time extension to write a written objection to the Findings, conclusions, and recommendations of the District Court.

Harold Bass Jr
Harold L. Bass
Petioner

NARDUD BASS 1983059
1 FM 247
HUNTSVILLE, TX 77320
BYRD UNIT

LEGAL MAIL

HOUSTON TX 773
04 SEP 2019 PM 5 L

CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST, Rm 106
TYLER, TX 75702
75702-751702